[No. 42622-2-I.    Division One.    March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07947-7, Michael Spearman, J., entered May 1, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42669-9-I.    Division One.    March 8, 1999.]

THE STATE OF WASHINGTON, *on the Relation of Meghan Leigh Cotton, Petitioner*, PATRICIA LEIGH COTTON, *Respondent*, v. RICHARD LLEWELYN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-5-00029-2, William L. Downing, J., entered May 7, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42754-7-I.    Division One.    March 8, 1999.]

HIRAM CHITTENDEN, ET AL., *Appellants*, v. PAUL BJORKLUND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-08448-2, Peter Jarvis, J., entered May 8, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 16587-6-III.    Division Three.    March 9, 1999.]

*In the Matter of the Marriage of* MARY LIBBY, *Respondent*, and GARY LIBBY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-3-00467-1, Kenneth L. Jorgensen, J., entered March 14, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.